UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAURICE SMITH,

    Petitioner,

v.                                      CASE NO. 6:06-cv-1715-Orl-19GJK

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motions:

1.    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 21, filed April 7, 2008) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.    Petitioner's Request for a Certificate of Appealability (Doc. No. 20, filed April 7, 2008) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this __16th__ day of April, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 4/16
Counsel of Record
Maurice Smith