UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAURICE SMITH,

    Petitioner,

v.                                     CASE NO. 6:06-cv-1715-Orl-19GJK

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

**MOTION**: Petitioner's Motion to Extend Time to File Documents in Support of Motion to Proceed In Forma Pauperis on Appeal (Doc. No. 23, filed May 1, 2008).

Thereon it is **ORDERED** that the motion is **GRANTED**. Within **TWENTY (20) DAYS** from the date of this Order, Petitioner shall file an affidavit of indigency/motion to proceed in forma pauperis on appeal and a prison account statement. The **Clerk of the Court** is directed to send a copy of this Order to the Eleventh Circuit Court of Appeals.

    **DONE AND ORDERED** at Orlando, Florida this 5th day of May, 2008.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 5/5
Maurice Smith
Counsel of Record
Eleventh Circuit Court of Appeals